# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Lawrence M Booth | ) | Chapter 13 |
| | ) | Case No. 14 B 38688 |
| Debtor(s) | ) | Judge Pamela S. Hollis |

## Notice of Motion

Lawrence M Booth  
5236 Temple Avenue  
Oak Forest, IL 60452

Debtor Attorney: Sulaiman Law Group Ltd  
via Clerk's ECF noticing procedures

On February 03, 2016 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, January 27, 2016.

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On October 24, 2014, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on February 18, 2015, for a term of 12 months with payments of $140.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 15 | $2,100.00 | $1,820.00 | $280.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 01/26/2016  
Due Each Month: $140.00  
Next Pymt Due: 02/23/2016

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 12/19/2014 | 591989 | $140.00 | 01/16/2015 | 593747 | $140.00 |
| 02/20/2015 | 596417 | $140.00 | 03/18/2015 | 598896 | $140.00 |
| 04/24/2015 | 601966 | $140.00 | 05/20/2015 | 603908 | $140.00 |
| 06/17/2015 | 606106 | $140.00 | 07/23/2015 | 608996 | $140.00 |
| 08/20/2015 | 611800 | $140.00 | 09/17/2015 | 613952 | $140.00 |
| 10/27/2015 | 616544 | $140.00 | 11/24/2015 | 618594 | $140.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL  
MARILYN O. MARSHALL, TRUSTEE